UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DARNELL W. MOON,

               Plaintiff,                     Case No.: 3:15-cv-274

  vs.

SHERIFF FISCHER, *et al.,*             Magistrate Judge Michael J. Newman

            Defendants.

---

## ORDER DENYING WITHOUT PREJUDICE *PRO SE* PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (DOC. 14)

---

        This action is before the Court on *pro se* Plaintiff's motion for appointment of counsel. Doc. 14. Plaintiff was granted leave to file this case *in forma pauperis*. Doc. 2. While Congress has authorized courts to appoint counsel in such cases, *see* 28 U.S.C. § 1915(e)(1), it has never authorized any funding for such counsel, and the Court cannot compel counsel to serve without compensation. *Mallard v. U.S. Dist. Court*, 490 U.S. 296, 308-09 (1989); *Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993). Therefore, Plaintiff's motion (doc. 14) is **DENIED WITHOUT PREJUDICE**. The Court will reconsider Plaintiff's motion at the conclusion of all discovery and the issuance of an order on motions for summary judgment, if any.

        **IT IS SO ORDERED.**

Date:   March 23, 2016                *s/ Michael J. Newman*       
                                            Michael J. Newman
                                            United States Magistrate Judge