UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DARNELL W. MOON,

       Plaintiff,                               Case No.: 3:15-cv-274

vs.

SHERIFF FISCHER, *et al.,*             Magistrate Judge Michael J. Newman

       Defendants.

**ORDER DENYING *PRO SE* PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL (DOC. 27)**

       This action is before the Court on *pro se* Plaintiff's renewed motion for appointment of counsel. Doc. 27. In that motion, Plaintiff again requests that counsel be appointed by this Court to represent him in this case in addition to assist him with regard to a criminal investigation in Missouri. *See id*. For the same reasons set forth in the Court's previous order (doc. 18) -- and because the undersigned has no authority to appoint counsel concerning a criminal investigation in another state -- Plaintiff's motion (doc. 27) is **DENIED**. The Court will reconsider Plaintiff's motion as it relates to representation in this civil action only at the conclusion of all discovery and following the issuance of an order on motions for summary judgment, if any.

       **IT IS SO ORDERED.**

Date:   June 2, 2016                            *s/ Michael J. Newman*
                                                            Michael J. Newman
                                                            United States Magistrate Judge