UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DARNELL WESLY MOON,

    Plaintiff,                              Case No. 3:15-cv-274

vs.

SHERIFF GENE FISCHER, *et al.*,      Magistrate Judge Michael J. Newman
                                                    (Consent Case)
    Defendants.

## ORDER AND ENTRY DISMISSING THIS CASE WITH
## PREJUDICE FOR FAILURE TO PROSECUTE

This civil case is before the Court on the Court's Order to Show Cause docketed by the undersigned on December 18, 2018. Doc. 101. In that Order, the undersigned directed *pro se* Plaintiff to show cause as to why this case should not be dismissed as a result of his failure to comply with Orders of the Court -- namely, to advise the Court of the conclusion of his criminal case in Missouri and to advise the Court of his change of address. *Id*. Prior to issuance of the Show Cause Order, *pro se* Plaintiff had been notified that any failure to comply with such Orders may result in the dismissal of this case for failure to prosecute. *See e.g.* docs. 82, 90.

Despite having also been advised that his failure to respond to the Show Cause Order could result in the dismissal of this case for failure to prosecute, Plaintiff has failed to respond, and the time for doing so expired on January 7, 2018 -- over a week ago. Accordingly, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

    **IT IS SO ORDERED.**

Date: January 16, 2019                          s/ Michael J. Newman
                                                    Michael J. Newman
                                                    United States Magistrate Judge